**EXHIBIT A**

| Transferor | Date | Amount |
|---|---|---|
| Akorn Operating Company, LLC | 01/31/23 | $350,000.00 |
| Akorn Operating Company, LLC | 01/31/23 | $263,420.48 |
| Akorn Operating Company, LLC | 01/31/23 | $150,000.00 |
| Akorn Operating Company, LLC | 01/31/23 | $250,000.00 |
| Akorn Operating Company, LLC | 01/31/23 | $150,000.00 |
| Akorn Operating Company, LLC | 01/31/23 | $200,000.00 |
| Akorn Operating Company, LLC | 02/08/23 | $200,000.00 |
| Akorn Operating Company, LLC | 02/14/23 | $350,000.00 |
| Akorn Operating Company, LLC | 02/17/23 | $350,000.00 |
| | | **TOTAL TRANSFERS: $2,263,420.48** |